IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

Eric Schlueter, individually and as representative of a class of all others similarly situated and on behalf of the BNBuilders, Inc. Employee Stock Ownership Plan,

Plaintiff,

v.

BNBuilders, Inc. Brad Bastian, Casey R. Blake, Jason Limp, the BNBuilders, Inc. Board of Directors, GreatBanc Trust Company, Jeffrey Sebenik, James L. Charpentier, Steven James Awford, Michael Sean Herzog, Ross Hawkinson Brown, Daniel Huber, Tony Alejandro Castillo,

Defendants.

No. 2:25-cv-01713-JHC

**ORDER**

Before the Court is the Parties' Joint Stipulation and Proposed Schedule.  Dkt. # 43.

Finding good cause, the Court hereby **GRANTS** the Stipulation and sets the following schedule:

| Event | Deadline |
| --- | --- |
| Deadline for Plaintiff to file a Second Amended Complaint | July 14, 2026 |
| Deadline for Defendants to file a Motion to Dismiss, or otherwise respond to the Second Amended Complaint | August 4, 2026 |
| Deadline for Plaintiff to file a Response to any Motion to Dismiss the Second Amended Complaint | September 4, 2026 |
| Deadline for Defendants' Reply in support of any Motion to Dismiss the Second Amended Complaint | September 25, 2026 |
| Deadline for the Substantial Completion of Document Productions | November 25, 2026 |

| Event | Deadline |
|---|---|
| Deadline to Amend Pleadings | December 23, 2026 |
| Motion for Class Certification | January 25, 2027 |
| Close of Fact Discovery | February 24, 2027 |
| Opposition to class certification | February 24, 2027 |
| Reply to class certification | March 17, 2027 |
| Opening Expert Reports | March 26, 2027 |
| Rebuttal Reports | May 10, 2027 |
| Close of Expert Discovery | June 9, 2027 |
| Daubert and dispositive motion deadline | July 9, 2027 |
| Opposition to Daubert and dispositive motions | August 10, 2027 |
| Reply to Daubert and dispositive motions | September 27, 2027 |

Dated: July 15, 2026.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE