IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Eric Schlueter, individually and as representative of a class of all others similarly situated and on behalf of the BNBuilders, Inc. Employee Stock Ownership Plan, | No. 2:25-cv-01713-JHC |
| Plaintiff, | **ORDER DENYING STIPULATED MOTION FOR LEAVE TO FILE UNDER SEAL** |
| v. | |
| BNBuilders, Inc. Brad Bastian, Casey R. Blake, Jason Limp, the BNBuilders, Inc. Board of Directors, GreatBanc Trust Company, Jeffrey Sebenik, James L. Charpentier, Steven James Awford, Michael Sean Herzog, Ross Hawkinson Brown, Daniel Huber, Tony Alejandro Castillo, | |
| Defendants. | |

This matter comes before the Court on the Stipulated Motion for Leave to File Under Seal the Second Amended Complaint. Dkt. # 44. Under Local Civil Rule 5(g)(3)(B), "A motion to seal a document, even if it is a stipulated motion, must include: A specific statement of the applicable legal standard and the reasons for keeping a document under seal[.]" Such a statement was not included in the Stipulated Motion. *See generally* Dkt. # 44.

Accordingly, the Court:

(1) DENIES the Stipulated Motion (Dkt. # 44), without prejudice, as procedurally improper;

(2) DIRECTS the Clerk to temporarily maintain Plaintiff's Second Amended Complaint under seal, pending resolution of the motion authorized below;

(3) DIRECTS the parties to re-file their motion to seal, taking into account the procedural requirements of LCR 5(g)(3)(B), on or before July 23, 2026; and

(4) DIRECTS Plaintiff to file a redacted version of the Second Amended Complaint, on or before July 23, 2026, to be made public.

Dated: July 16, 2026.

John H. Chun

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE