IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

Eric Schlueter, individually and as representative of a class of all others similarly situated and on behalf of the BNBuilders, Inc. Employee Stock Ownership Plan,

Plaintiff,

v.

BNBuilders, Inc. Brad Bastian, Casey R. Blake, Jason Limp, the BNBuilders, Inc. Board of Directors, GreatBanc Trust Company, Jeffrey Sebenik, James L. Charpentier, Steven James Awford, Michael Sean Herzog, Ross Hawkinson Brown, Daniel Huber, Tony Alejandro Castillo,

Defendants.

No. 2:25-cv-01713-JHC

**ORDER GRANTING PLAINTIFF'S STIPULATED MOTION FOR LEAVE TO FILE UNDER SEAL**

**NOTICED FOR JULY 23, 2026**

This matter comes before the Court on Plaintiff's Stipulated Motion for Leave to File Under Seal the Second Amended Complaint. Dkt. # 50. Plaintiff's Second Amended Complaint contains references to material that Defendants have designated as Confidential pursuant to the parties' Proposed Stipulated Protective Order (Dkt. # 40-1). Defendants BNBuilders, Inc., Brad Bastian, Casey R. Blake, Jason Limp, the BNBuilders, Inc. Board of Directors, Jeffrey Sebenik, James L. Charpentier, Steven James Awford, Michael Sean Herzog, Ross Hawkinson Brown, Daniel Huber, and Tony Alejandro Castillo (the "BNB Defendants") seek to maintain confidentiality over certain lines in the Amended Complaint.

The Court, having considered the motion, including the Parties' certification of meet and confer under LCR 5(g), and finding good cause therefore, hereby **GRANTS** the motion.

IT IS HEREBY ORDERED that:

The request to file the unredacted version of the Second Amended Complaint under seal is GRANTED; and

The unredacted version of Plaintiff's Second Amended Complaint shall be filed under seal and shall remain under seal until further order of the Court.

Dated: July 23, 2026.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE