IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

Eric Schlueter, individually and as representative of a class of all others similarly situated and on behalf of the BNBuilders, Inc. Employee Stock Ownership Plan,

Plaintiff,

v.

BNBuilders, Inc. Brad Bastian, Casey R. Blake, Jason Limp, the BNBuilders, Inc. Board of Directors, GreatBanc Trust Company, Jeffrey Sebenik, James L. Charpentier, Steven James Awford, Michael Sean Herzog, Ross Hawkinson Brown, Daniel Huber, Tony Alejandro Castillo,

Defendants.

No. 2:25-cv-01713-JHC

**ORDER GRANTING THE PARTIES' JOINT MOTION FOR SETTING CASE SCHEDULE**

**NOTICED FOR JULY 31, 2026**

On July 31, 2026, Plaintiff, Eric Schlueter ("Plaintiff") and Defendants, BNBuilders, Inc., Brad Bastian, Casey R. Blake, Jason Limp, the BNBuilders, Inc. Board of Directors, GreatBanc Trust Company, Jeffrey Sebenik, James L. Charpentier, Steven James Awford, Michael Sean Herzog, Ross Hawkinson Brown, Daniel Huber, Tony Alejandro Castillo ("Defendants") (collectively the "Parties"), by and through their respective counsel of record, filed a Joint Stipulated Motion and Proposed Schedule proposing case deadlines.

The Court, having considered the Parties' Stipulation and finding good cause therefor, hereby **GRANTS** the Stipulation and sets the following schedule:

| Event | Deadline |
|---|---|
| Deadline for Plaintiff to file a Second Amended Complaint | July 14, 2026 |
| Deadline for Defendants to file a Motion to Dismiss, or otherwise respond to the Second Amended Complaint | August 18, 2026 |
| Deadline for Plaintiff to file a Response to any Motion to Dismiss the Second Amended Complaint | September 17, 2026 |
| Deadline for Defendants' Reply in support of any Motion to Dismiss the Second Amended Complaint | October 8, 2026 |
| Deadline for the Substantial Completion of Document Productions | November 25, 2026 |
| Deadline to Amend Pleadings | December 23, 2026 |
| Motion for Class Certification | January 25, 2027 |
| Close of Fact Discovery | February 24, 2027 |
| Opposition to class certification | February 24, 2027 |
| Reply to class certification | March 17, 2027 |
| Opening Expert Reports | March 26, 2027 |
| Rebuttal Reports | May 10, 2027 |
| Close of Expert Discovery | June 9, 2027 |
| Daubert and dispositive motion deadline | July 9, 2027 |
| Opposition to Daubert and dispositive motions | August 10, 2027 |
| Reply to Daubert and dispositive motions | September 27, 2027 |

Respectfully presented by:

BRYAN CAVE LEIGHTON PAISNER LLP

*/s/ Katelyn W. Harrell*
Jennifer L. Campbell, WSBA #31703
999 Third Avenue, Suite 4400
Seattle, WA 98104
Tel: 206-600-6650
jenn.campbell@bclplaw.com

W. Bard Brockman*
Georgia Bar No. 084230
Bard.brockman@bclplaw.com
Katelyn W. Harrell*
Georgia Bar No. 321101
katelyn.harrell@bclplaw.com
Bryan Cave, LLP
1201 W. Peachtree St. NW, 14th Floor
Atlanta, Georgia 30309
Telephone: (404) 572-6600
Facsimile: (404) 572-6999

*Counsel for Defendants BNBuilders, Inc.; Brad Bastian; BNBuilders, Inc. Board of Directors; Tony Castillo; Dan Huber; Ross Brown; James Awford; Mike Herzog; Casey Blake; Jason Limp; Jeff Sebenik and Jim Charpentier*

JACKSON LEWIS P.C.

*s/ Jessica M. Cox*
Jessica M. Cox, WSBA #53027
520 Pike Street, Suite 2300
Seattle, WA 98101
Telephone (206) 626-6410
Jessica.Cox@jacksonlewis.com

Robert W. Rachal, Esq.*
Howard Shapiro, Esq.*
Amanda Munguia, Esq.*
601 Poydras Street. Suite 1400
New Orleans, LA 70130
Telephone (504) 208-5835
Robert.Rachal@jacksonlewis.com
Howard.Shapiro@jacksonlewis.com
Amanda.Munguia@jacksonlewis.com

*Counsel for Defendant GreatBanc Trust Company*

*Admitted *pro hac vice*

COHEN MILSTEIN SELLERS & TOLL PLLC

*/s/ Caroline Elizabeth Bressman*
Caroline Elizabeth Bressman
Michelle C. Yau
1100 New York Avenue NW
Suite 800
Washington, DC 20005
Telephone: (202) 408-4600
cbressman@cohenmilstein.com
myau@cohenmilstein.com

*Counsel for Plaintiff*

**IT IS ORDERED.**

Dated: July 31, 2026.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE