IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Eric Schlueter, individually and as representative of a class of all others similarly situated and on behalf of the BNBuilders, Inc. Employee Stock Ownership Plan,<br><br>Plaintiff,<br><br>v.<br><br>BNBuilders, Inc. Brad Bastian, Casey R. Blake, Jason Limp, Richard Finlay, the BNBuilders, Inc. Board of Directors, GreatBanc Trust Company, Jeffrey Sebenik, James L. Charpentier, Steven James Awford, Michael Sean Herzog, Ross Hawkinson Brown, Daniel Huber, Tony Alejandro Castillo,<br><br>Defendants. | No. 2:25-cv-01713-JHC<br><br>**ORDER GRANTING THE PARTIES' REQUEST FOR STAY** |

On August 10, 2026, Plaintiff, Eric Schlueter ("Plaintiff") and Defendants, BNBuilders, Inc., Brad Bastian, Casey R. Blake, Jason Limp, the BNBuilders, Inc. Board of Directors, GreatBanc Trust Company, Jeffrey Sebenik, James L. Charpentier, Steven James Awford, Michael Sean Herzog, Ross Hawkinson Brown, Daniel Huber, Tony Alejandro Castillo, Richard Finlay ("Defendants") (collectively the "Parties"), by and through their respective counsel of record, filed a Joint Notice of Settlement and Request for Stay of all upcoming case deadlines. Dkt. # 55.

The Court, having considered the Parties' Request for Stay and finding good cause therefor, hereby **GRANTS** the Request for Stay of all upcoming case deadlines and enters a deadline of September 15, 2026, for the filing of a motion for preliminary settlement approval.

Respectfully presented by:

BRYAN CAVE LEIGHTON PAISNER LLP

*/s/ Katelyn W. Harrell*
Jennifer L. Campbell, WSBA #31703
999 Third Avenue, Suite 4400
Seattle, WA 98104
Tel: 206-600-6650
jenn.campbell@bclplaw.com

W. Bard Brockman*
Georgia Bar No. 084230
Bard.brockman@bclplaw.com
Katelyn W. Harrell*
Georgia Bar No. 321101
katelyn.harrell@bclplaw.com
Bryan Cave, LLP
1201 W. Peachtree St. NW, 14th Floor
Atlanta, Georgia 30309
Telephone: (404) 572-6600
Facsimile: (404) 572-6999

*Counsel for Defendants BNBuilders, Inc.; Brad Bastian; BNBuilders, Inc. Board of Directors; Tony Castillo; Dan Huber; Ross Brown; James Awford; Mike Herzog; Casey Blake; Jason Limp; Jeff Sebenik, Richard Finlay, and Jim Charpentier*

JACKSON LEWIS P.C.

*s/ Robert W. Rachal*
Jessica M. Cox, WSBA #53027
520 Pike Street, Suite 2300
Seattle, WA 98101
Telephone (206) 626-6410
Jessica.Cox@jacksonlewis.com

Robert W. Rachal, Esq.*
Howard Shapiro, Esq.*
Amanda Munguia, Esq.*
601 Poydras Street. Suite 1400
New Orleans, LA 70130
Telephone (504) 208-5835
Robert.Rachal@jacksonlewis.com
Howard.Shapiro@jacksonlewis.com
Amanda.Munguia@jacksonlewis.com

*Counsel for Defendant GreatBanc Trust Company*

*Admitted *pro hac vice*

COHEN MILSTEIN SELLERS & TOLL PLLC

*/s/ Caroline Elizabeth Bressman*
Caroline Elizabeth Bressman
Michelle C. Yau
1100 New York Avenue NW
Suite 800
Washington, DC 20005
Telephone: (202) 408-4600
cbressman@cohenmilstein.com
myau@cohenmilstein.com

*Counsel for Plaintiff*

**IT IS ORDERED.**

Dated: August 11, 2026.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE